Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Western District of Pennsylvania**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | The Pittsburgh Blinds Company, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-1475503 |

4. **Debtor's address**

**Principal place of business**

149 Eisner Ave.
Number        Street

Bridgeville        PA     15017
City                    State    ZIP Code

Allegheny County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | The Pittsburgh Blinds Company, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

454390

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ___/___/_____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　District _____ When ___/___/_____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　District _____ When ___/___/_____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　Case number, if known _____

| Debtor | The Pittsburgh Blinds Company, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number            Street

_____

_____
City                                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | The Pittsburgh Blinds Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/24/2021
MM / DD / YYYY

✖ /s/ Jay  Verzich
Signature of authorized representative of debtor

Jay  Verzich
Printed name

Title  Member

**18. Signature of attorney**

✖ /s/ David Fuchs
Signature of attorney for debtor

Date  06/24/2021
MM   / DD / YYYY

David Fuchs
Printed name

Fuchs Law Office, LLC
Firm name

554 Washington Avenue
Number      Street

Carnegie
City

PA
State

15106
ZIP Code

4122235404
Contact phone

dfuchs@fuchslawoffice.com
Email address

205694
Bar number

PA
State

**Fill in this information to identify the case:**

Debtor name _____ The Pittsburgh Blinds Company, LLC _____

United States Bankruptcy Court for the: _____ Western District of Pennsylvania _____
                                                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ................................................    $ _____ 28,200.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................    $ _____ 28,200.00

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............    $ _____ 27,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..........................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..................    +$ _____ 285,567.56

4. **Total liabilities** ..............................................................................    $ _____ 312,567.56
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___The Pittsburgh Blinds Company, LLC_____

United States Bankruptcy Court for the: __Western District of Pennsylvan__ia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

**2. Cash on hand**

$_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
|---|---|
| 4.2. _____ | $_____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$_____

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $_____ |
|---|---|
| 7.2. _____ | $_____ |

Debtor    The Pittsburgh Blinds Company, LLC    Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    0.00 _____ − 0.00 _____ = ........ ➔    $ 0.00 _____
                             face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    5,000.00 _____ − 2,000.00 _____ = ........ ➔    $ 3,000.00 _____
                          face amount         doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 3,000.00 _____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor   The Pittsburgh Blinds Company, LLC
_____   Case number (if known)_____
Name

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** Blinds, metal shelving, basic installations tools and di: _____ | _____ MM / DD / YYYY | 2,500.00 $_____ | _____ | 0.00 $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    The Pittsburgh Blinds Company, LLC
          Name                                                           Case number (if known)_____

33. **Total of Part 6.**                                                                    $_____

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** filing cabinets | $ 100.00 | _____ | $ 0.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer, copy machine | $_____ | _____ | $ 200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**                                                                    $ 200.00

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor     The Pittsburgh Blinds Company, LLC _____    Case number (if known)_____
           Name

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2000 Honda Odyssey | $_____ | _____ | $ 0.00 |
| 47.2  2019 Chevy Equinox | $ 25,000.00 | _____ | $ 25,000.00 |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 25,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 206A/B        **Schedule A/B: Assets — Real and Personal Property**        page 5

| Debtor | The Pittsburgh Blinds Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $_____

Debtor   The Pittsburgh Blinds Company, LLC
    Name      Case number *(if known)*_____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☐ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

---

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                               Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

Debtor    The Pittsburgh Blinds Company, LLC _____    Case number (if known)_____
         Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 28,200.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................  28,200.00   $ 28,200.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | The Pittsburgh Blinds Company, LLC |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Citizens One

Describe debtor's property that is subject to a lien
2019 Chevy Equinox

$ 27,000.00     $ 25,000.00

Creditor's mailing address
PO 42020
Providence, RI 02940

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien

$ _____     $ _____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 27,000.00

| | |
|---|---|
| Debtor | The Pittsburgh Blinds Company, LLC |
| | Name |

Case number *(if known)*_____

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    _The Pittsburgh Blinds Company, LLC_

United States Bankruptcy Court for the:    _Western District of Pennsylvania_

Case number
(if known)    _____

☐ Check if this is an
amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left.** If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $ _____ |

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

$ _____     $ _____

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

$ _____     $ _____

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  The Pittsburgh Blinds Company, LLC
_____
        Name

Case number (if known)_____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Ascentium Capital LLC
4620 Woodland Corporate Blvd.
Tampa, FL, 33614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,832.94

Date or dates debt was incurred    2020
Last 4 digits of account number    7627

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Bank of America
PO Box 982234
El Paso, TX, 79998-2234

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,335.97

Date or dates debt was incurred    2020
Last 4 digits of account number    2147

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Capital One
PO Box 71083
Charlotte, NC, 28272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,105.94

Date or dates debt was incurred    2020
Last 4 digits of account number    2576

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Capital One
PO Box 71083
Charlotte, NC, 28272-1083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred    2020
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Capital One Bank
3451 Harry S. Truman Blvd.
Saint Charles, MO, 63301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,219.54

Date or dates debt was incurred    2020
Last 4 digits of account number    0204

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Chase Bank
PO Box 15123
Wilmington, DE, 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 850.69

Date or dates debt was incurred    2020
Last 4 digits of account number    0674

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | The Pittsburgh Blinds Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**  Nonpriority creditor's name and mailing address

Erie Insurance Group
100 Erie Insurance Place
Erie, PA, 16530

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,543.66

Date or dates debt was incurred    2020
Last 4 digits of account number    0647

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8**  Nonpriority creditor's name and mailing address

Forward Financing
53 State Street
20th Floor
Boston, MA, 02109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 17,997.34

Date or dates debt was incurred    2020
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9**  Nonpriority creditor's name and mailing address

Fundation Group LLC
11501 Sunset HIlls Road
Suite 100
Reston, VA, 20190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 46,853.82

Date or dates debt was incurred    2020
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**  Nonpriority creditor's name and mailing address

Graber
c/o S Jacob & Wolf LP
116 Walcourt Loop
College Station, TX, 77845

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 55,042.73

Date or dates debt was incurred    2020
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**  Nonpriority creditor's name and mailing address

Gretchen White
86 Mayfair Drive
Pittsburgh, PA, 15228

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 1,150.00

Date or dates debt was incurred    2020
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___The Pittsburgh Blinds Company, LLC___    Case number _(if known)_____
        Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Guardian Storate
1599 Washington Pike
Bridgeville, PA, 15017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,175.00

Date or dates debt was incurred ___2021___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

HIBU
2201 Renaissance Blvd.
King Of Prussia, PA, 19406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 602.48

Date or dates debt was incurred ___2020___

Last 4 digits of account number ___6714___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Karen Woodgate
105 Woodcrest Drive
Canonsburg, PA, 15317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

$ 1,650.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Laura Schreiner
204 Palomino Drive
Bethel Park, PA, 15102

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

$ 2,780.00

Date or dates debt was incurred ___2020___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

McCarthy Burgess & Wolfe

26000 Cannon Road
Bedford, OH, 44146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 320.14

Date or dates debt was incurred _____

Last 4 digits of account number ___3364___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  The Pittsburgh Blinds Company, LLC _____  Case number (if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17**  **Nonpriority creditor's name and mailing address**

Melanie Grubisha
4599 Marina Drive
Homestead, PA, 15120

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 888.10

Date or dates debt was incurred    2020

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 18**  **Nonpriority creditor's name and mailing address**

MRS BPO LLC
1930 Olney Ave.
Cherry Hill, NJ, 08003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,661.68

Date or dates debt was incurred    2020

Last 4 digits of account number 1993

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3. 19**  **Nonpriority creditor's name and mailing address**

National Funding
9820 Towne Center Drive
San Diego, CA, 92121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 44,870.00

Date or dates debt was incurred    2019-2020

Last 4 digits of account number _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3. 20**  **Nonpriority creditor's name and mailing address**

Norman Window Fashions
28 Centerpointe Dr.
La Palma, CA, 90623

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,404.50

Date or dates debt was incurred    2020

Last 4 digits of account number 3330

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 21**  **Nonpriority creditor's name and mailing address**

NZ Publishing Inc.
c/o MAK Law Offices
1119 W. Southern Ave., Suite 200
Mesa, AZ, 85210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 13,646.63

Date or dates debt was incurred    2020

Last 4 digits of account number 9421

**Is the claim subject to offset?**
✓ No
☐ Yes

---

Debtor   The Pittsburgh Blinds Company, LLC _____   Case number (if known) _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.22**   **Nonpriority creditor's name and mailing address**

Pan Coast Staffing
Stanwix Street, Two Gateway Center
Suite 1382
Pittsburgh, PA, 15222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,900.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**   **Nonpriority creditor's name and mailing address**

PW Campbell Contracting Co.
c/o Pietragallo Gordon et al
1 Oxford Center, 38th Fl
Pittsburgh, PA, 15219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 12,000.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**   **Nonpriority creditor's name and mailing address**

Robert Lewis
9024 Sedgley Dr.
Wilmington, NC, 28412

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 50,000.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**   **Nonpriority creditor's name and mailing address**

Sparks Classic
BHK Financial
222 S. Dobson Rd., Suite 1104
Mesa, AZ, 85202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,410.97

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | 2576 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**   **Nonpriority creditor's name and mailing address**

Sphere, Caine & Werner
5805 Sepulvada Blvd.
4th Floor
Van Nuys, CA, 91411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,086.85

| Date or dates debt was incurred | 2020 |
| Last 4 digits of account number | 8392 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____The Pittsburgh Blinds Company, LLC_____    Case number _(if known)_ _____
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27**   **Nonpriority creditor's name and mailing address**

TSI Citizens BAnk
500 Virginia Drive
Suite 514
Fort Washington, PA, 19034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 238.58

Date or dates debt was incurred    2020

Last 4 digits of account number    8409

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28**   **Nonpriority creditor's name and mailing address**

Verizon
PO Box 25505
Lehigh Valley, PA, 18002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred    2020

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.____**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.____**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.____**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    The Pittsburgh Ethius Company, LLC
_____
Name

Case number (if known)_____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 285,567.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 285,567.56 |

**Fill in this information to identify the case:**

Debtor name ___The Pittsburgh Blinds Company, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____    Chapter _7_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _The Pittsburgh Blinds Company, LLC_

United States Bankruptcy Court for the: _Western District of Pennsylvania_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Jay Verzich | Jay Verzich<br>149 Eisner AVe.<br>Bridgeville, PA 15017 | PW Campbell Contracting | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 <br><br>Jay Verzich | Jay Verzich<br>149 Eisner AVe.<br>Bridgeville, PA 15017 | Robert Lewis | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 <br><br>Jay Verzich | Jay Verzich<br>149 Eisner AVe.<br>Bridgeville, PA 15017 | Karen Woodgate | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___The Pittsburgh Blinds Company, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date | ☑ Operating a business ☐ Other | $ 5,000.00 |
   | **For prior year:** | From 01/01/2020 to 12/31/2020 | ☑ Operating a business ☐ Other | $ 64,082.15 |
   | **For the year before that:** | From 01/01/2019 to 12/31/2019 | ☑ Operating a business ☐ Other | 544,259.52 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date | | $ 0.00 |
   | **For prior year:** | From 01/01/2020 to 12/31/2020 | | $ 0.00 |
   | **For the year before that:** | From 01/01/2019 to 12/31/2019 | | $ 0.00 |

| Debtor | The Pittsburgh Blinds Company, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | _____ | | ☐ Other _____ |
| 3.2. | | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | _____ | $_____ | |
| | Insider's name | | | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | _____ | $_____ | |
| | Insider's name | | | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor    The Pittsburgh Blinds Company, LLC
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    Case number (*if known*)_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Woodgate v. Pittsburgh Blind Co. | Contract | Magistrate Judge James Aieva | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>cv-17-2021<br>_____ | | | |
| 7.2. | **Case title**<br>PW Campbell v. Pittsburgh Blinds | Contract | **Court or agency's name and address**<br>Magistrate Judge Maureen McGraw Desmet | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CV-83-2021<br>_____ | | | |

Debtor    The Pittsburgh Blinds Company, LLC
_____    Case number (if known)_____
        Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| | _____ | _____ |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

| Debtor | The Pittsburgh Blinds Company, LLC | Case number (if known) |
|--------|-------------------------------------|------------------------|
|        | Name                                |                        |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    The Pittsburgh Blinds Company, LLC
          _____    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | The Pittsburgh Blinds Company, LLC | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name                               |                        |

| **Part 8:** | **Health Care Bankruptcies** |
|-------------|------------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|-------------|------------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    The Pittsburgh Blinds Company, LLC
_____                    Case number (if known)_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Citizens Bank<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other_____ | 06/16/2021 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Guradian Self Storage<br>Name | | | ☑ No<br>☐ Yes |
| Address | | | |

| Debtor | The Pittsburgh Blinds Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Customer Blinds in Storage Unit | | Various custom blinds in storage unit | $ Unknown |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

| Debtor | The Pittsburgh Blinds Company, LLC | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|
|        | Name                              |                          |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|----------------------------|----------------|
| _____ Name | _____ Name |  | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    The Pittsburgh Blinds Company, LLC
_____
Name

Case number (*if known*)_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Mike Zrya <br> Name <br> 2600 Boyce Plaza Road, Suite 116, Upper St. Clair, PA 152431 | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Jay Verzich <br> Name | |

Debtor    The Pittsburgh Blinds Company, LLC                                    Case number (if known)_____
          _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
        Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  _____
        Name

| Name and address |
|---|

26d.2.  _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

Debtor     The Pittsburgh Blinds Company, LLC
_____     Case number (if known)_____
           Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.   _____
        Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jay Verzich | 149 Eisner Ave., Bridgeville, PA 15017 | Member | 100 |
| Jay Verzich | 149 Eisner Ave., Bridgeville, PA 15017 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Matt Emling | 731 Superior Street, Carnegie, PA 15106 | 50 Member | 01/01/2010  To 05/01/2018 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached SOFA Part 13, Question 30 | 5,000.00 | _____ | |
| Name | | | |
| 149 Eisner Ave. | | _____ | |
| Bridgeville, PA 15017 | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor  The Pittsburgh Blinds Company, LLC
_____    Case number *(if known)*_____
         Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 _____ | _____ | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/24/2021
            MM / DD / YYYY

✖ /s/ Jay  Verzich                              Printed name  Jay  Verzich
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___The Pittsburgh Blinds Company, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/24/2021___          ✗ /s/ Jay  Verzich _____
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

                      Jay  Verzich _____
                      Printed name

                      Member _____
                      Position or relationship to debtor

Ascentium Capital LLC
4620 Woodland Corporate Blvd.
Tampa, FL 33614

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Capital One
PO Box 71083
Charlotte, NC 28272

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301

Chase Bank
PO Box 15123
Wilmington, DE 19850

Citizens One
PO 42020
Providence, RI 02940

Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530

Forward Financing
53 State Street
20th Floor
Boston, MA 02109

Fundation Group LLC
11501 Sunset HIlls Road
Suite 100
Reston, VA 20190

Graber
c/o S Jacob & Wolf LP
116 Walcourt Loop
College Station, TX 77845

Gretchen White
86 Mayfair Drive
Pittsburgh, PA 15228

Guardian Storate
1599 Washington Pike
Bridgeville, PA 15017

HIBU
2201 Renaissance Blvd.
King Of Prussia, PA 19406

Jay Verzich
149 Eisner AVe.
Bridgeville, PA 15017

Karen Woodgate
105 Woodcrest Drive
Canonsburg, PA 15317

Laura Schreiner
204 Palomino Drive
Bethel Park, PA 15102

McCarthy Burgess & Wolfe
26000 Cannon Road
Bedford, OH 44146

Melanie Grubisha
4599 Marina Drive
Homestead, PA 15120

MRS BPO LLC
1930 Olney Ave.
Cherry Hill, NJ 08003

National Funding
9820 Towne Center Drive
San Diego, CA 92121

Norman Window Fashions
28 Centerpointe Dr.
La Palma, CA 90623

NZ Publishing Inc.
c/o MAK Law Offices
1119 W. Southern Ave., Suite 200
Mesa, AZ 85210

Pan Coast Staffing
Stanwix Street, Two Gateway Center
Suite 1382
Pittsburgh, PA 15222

PW Campbell Contracting Co.
c/o Pietragallo Gordon et al
1 Oxford Center, 38th Fl
Pittsburgh, PA 15219


Robert Lewis
9024 Sedgley Dr.
Wilmington, NC 28412


Sparks Classic
BHK Finanncial
222 S. Dobson Rd., Suite 1104
Mesa, AZ 85202


Sphere, Caine & Werner
5805 Sepulvada Blvd.
4th Floor
Van Nuys, CA 91411


TSI Citizens BAnk
500 Virginia Drive
Suite 514
Fort Washington, PA 19034


Verizon
PO Box 25505
Lehigh Valley, PA 18002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  The Pittsburgh Blinds Company, LLC

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____06/24/2021_____          /s/ Jay  Verzich
                                       _____
                                       Signature of Individual signing on behalf of debtor

                                       Member
                                       _____
                                       Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Pennsylvania

**In re** The Pittsburgh Blinds Company, LLC

Case No. _____

**Debtor**

Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,625.00 _____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 2,625.00 _____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

a. Analysis of the debtor's financial situation and rendering advise to the debtor regarding whether to file a petition in bankruptcy;

b. Preparation and filing of the petition, schedules, statement of financial affairs and plan which may be required;

c. Representation of the debtor at meetings of creditors, conciliations and other related hearings; and

d.  Negotiations with creditors, exemption planning, preparation and filing of reaffirmation agreements and applications as needed and filing of other appropriate motions.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

 Representation of the debtor in any dischargeability action, judicial lien avoidance, relief from stay action or other adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/24/2021

*Date*

/s/ David Fuchs, 205694

*Signature of Attorney*

Fuchs Law Office, LLC

*Name of law firm*

554 Washington Avenue
Carnegie, PA 15106
4122235404
dfuchs@fuchslawoffice.com

**United States Bankruptcy Court**

**IN RE:**                                                                    Case No._____

The Pittsburgh Blinds Company, LLC
_____ Chapter ___7_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Jay Verzich<br>149 Eisner Ave., Bridgeville, PA 15017 | 100 | |